## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WILSON NEWONGEBY KPAHN,<br><br>Plaintiff,<br><br>v.<br><br>HENNEPIN COUNTY, State of Minnesota,<br><br>Defendant. | Civil No. 14-2991 (JRT/JSM)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Wilson Newongeby Kpahn, OID# 226382, MCF-Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiff,

Jean E. Burdorf, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY,** 300 South Sixth Street, Suite A-2000, Minneapolis, MN 55487, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 7, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus [Docket No. 1] is **DENIED**;

2. This action is summarily **DISMISSED WITH PREJUDICE**; and

3. Petitioner is **NOT** granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 26, 2014  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge